IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEO L. DURAN,

    Plaintiff,

v.                                                              No. 09-cv-0758 BB/SMV

CURRY CNTY. ADULT DET. CTR.,
PRESBYTERIAN HOSP.,
FNU BEAN, LESLIE DONALDSON,
JANICE DAVIS, TAMARA CURTIS,
FNU KAMERMAN, and TERI LESLIE,

    Defendants.

**ORDER STAYING MOTION FOR SUMMARY JUDGMENT
PENDING DISPOSITION OF PLAINTIFF'S SIXTH MOTION TO AMEND**

THIS MATTER is before the Court sua sponte. On June 4, 2012, Defendant Donaldson filed a Motion for Summary Judgment [Doc. 156] ("MSJ"). In an effort to efficiently manage the case, which has been pending since 2009, the Court will STAY briefing on the MSJ.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that briefing on Defendant Donaldson's Motion for Summary Judgment [Doc. 145] is **STAYED** pending disposition of Plaintiff's [Sixth] Motion for Leave to File an Amended Complaint [Doc. 145] ("Sixth Motion to Amend"). Plaintiff shall not submit any filings in response to the MSJ until the Sixth Motion to Amend is disposed of and until the Court lifts the stay.

    **IT IS SO ORDERED.**

                                                                           **STEPHAN M. VIDMAR**
                                                                           **United States Magistrate Judge**