IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEO L. DURAN,

    Plaintiff,

v.                                                               No. 09-cv-0758 BB/SMV

CURRY CNTY. ADULT DET. CTR., et al.,

    Defendants.

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

    THIS MATTER is before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendant Dr. Donaldson's Motion for Summary Judgment (Doc. 156) [Doc. 159] ("Motion"), filed on June 11, 2012.  However, on June 5, 2012, the Court stayed briefing on Dr. Donaldson's Motion for Summary Judgement ("MSJ") pending disposition of Plaintiff's Sixth Motion for Leave to File an Amended Complaint [Doc. 145].  Order Staying [MSJ] Pending Disposition of Plaintiff's Sixth Motion Leave to Amend [Doc. 158].  Thus, Plaintiffs's Motion is moot.

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Extension of Time to Respond to Defendant Dr. Donaldson's Motion for Summary Judgment (Doc. 156) [Doc. 159] is **DENIED as moot**.  <u>Pursuant to the stay, neither Plaintiff nor any other party may file any submissions on the MSJ until the Court lifts the stay.  Any submissions on the MSJ that are filed prior to the stay being lifted will be stricken from the record.</u>

    **IT IS SO ORDERED.**

                                                                                **STEPHAN M. VIDMAR**
                                                                                **United States Magistrate Judge**