**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LEO L. DURAN,**

    Plaintiff,

v.                                                       **No. 09-cv-0758 BB/SMV**

**CURRY CNTY. ADULT DET. CTR.,**
**PRESBYTERIAN HOSP.,**
**FNU BEAN, LESLIE DONALDSON,**
**JANICE DAVIS, TAMARA CURTIS,**
**FNU KAMERMAN, TERI LESLIE, and**
**BD. OF CNTY. COMM'RS OF CURRY CNTY.,**

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS AND DENYING PLAINTIFF'S MOTION TO COMPEL

THIS MATTER is before the Court on Plaintiff's Motion to Compel Discovery [Doc. 164] and on his Motion for Leave to Exceed Page Limits [Doc. 165]. First, Plaintiff seeks leave to submit 47 pages beyond the 50-page exhibit limit in support of his Motion to Compel. [Doc. 165] at 1–2. Second, Plaintiff moves the Court to compel certain discovery from Defendant Donaldson. [Doc. 164].

A party served with objections to discovery must file a motion to compel within 21 days after service of the objections, and failure to do so constitutes acceptance of the objections. D.N.M.LR-Civ. 26.6. Defendant Donaldson served his Responses to Plaintiff's Second Set of Interrogatories and Requests for Production of documents on September 12, 2011, Certificate of Service . . . [Doc. 104], and his Responses to Plaintiff's Request for Admissions on March 20, 2012, Certificate of Service [Doc. 148]. Plaintiff filed his Motion to Compel on June 28, 2012,

[Doc. 164], well past the 21-day time period allowed by the Local Rules. The Court finds, therefore, that the motion is not well-taken and should be denied.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Motion for Leave to Exceed Page Limits [Doc. 165] is hereby **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Compel [Doc. 164] is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for sanctions, [Doc. 164] at 2, is **DENIED** as well.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**