IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEO L. DURAN,

    Plaintiff,

v.                                                                                  No. 09-cv-0758 MCA/SMV

CURRY CNTY. ADULT DET. CTR.,
PRESBYTERIAN HOSP.,
FNU BEAN, LESLIE DONALDSON,
JANICE DAVIS, TAMARA CURTIS,
FNU KAMERMAN, TERI LESLIE, and
BD. OF CNTY. COMM'RS OF CURRY CNTY.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND

THIS MATTER is before the Court on Plaintiff's Motion for an Extention [sic] of Time to Answer Defendant M.D. Donaldson's Motion for Summary Judgment . . . [Doc. 185] ("Motion for Extension"), filed on September 17, 2012.  Defendant Dr. Donaldson filed a Motion for Summary Judgment [Doc. 181] on September 6, 2012.  Plaintiff now requests an extension of time in which to file his response, from September 24, 2012, to October 23, 2012.  The Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Extension [Doc. 185] is **GRANTED**.  Plaintiff shall file his response to Defendant Dr. Donaldson's Motion for Summary Judgment [Doc. 181] no later than **October 23, 2012**.

    IT IS SO ORDERED.

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**