IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LEO L. DURAN,**

    **Plaintiff,**

v.                                                            No. 09-cv-0758 MCA/SMV

**CURRY CNTY. ADULT DET. CTR. et al.,**

    **Defendants.**

## ORDER GRANTING MOTIONS FOR EXTENSION OF TIME

THIS MATTER is before the Court on three motions for extension of time [Docs. 222, 225, 227], filed by Petitioner on April 1, 2013, April 15, 2013, and May 21, 2013, respectively. Plaintiff requests extensions of time to respond to Defendant Board of Commissioners of Curry County's Motion to Dismiss [Doc. 219], which was filed on March 12, 2013. Defendant Board did not oppose the first two motions, [Docs. 223, 226], and took no position on the third [Doc. 228]. The Court, being fully advised in the premises will grant the motions.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motions for extensions of time [Docs. 222, 225, 227] are **GRANTED**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**