IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEO L. DURAN,

      Plaintiff,

v.                                          **No. 09-cv-0758 MCA/SMV**

CURRY CNTY. ADULT DET. CTR. et al.,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 236] ("PF&RD"), issued on July 16, 2013.  On reference by the Court, [Doc. 189], the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended that Plaintiff's Seventh Motion to Amend his Complaint [Doc. 235] be denied. Judge Vidmar found that Plaintiff had failed to establish the requisite "extraordinary circumstances" to amend his complaint again, that allowing yet another amendment would prejudice all of the remaining Defendants, and that under the circumstances further delay was unwarranted an unacceptable.  No party has objected to the PF&RD, and the time for doing so has passed.

      **IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 236] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Leo L. Duran's Motion for Leave to add a Supplemental Report to his Sixth Amended Complaint [Doc. 235] (Seventh Motion to Amend) is **DENIED**.

**IT IS SO ORDERED.**

_____
**M. CHRISTINA ARMIJO**
**Chief United States District Judge**