IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LEO L. DURAN,**

    **Plaintiff,**

v.                                                                    No. 09-cv-0758 MCA/SMV

**CURRY CNTY. ADULT DET. CTR. et al.,**

    **Defendants.**

**ORDER GRANTING MOTION TO PROCEED**
**ON APPEAL WITHOUT PREPAYMENT OF COSTS OR FEES**

THIS MATTER is before the Court on the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 [Doc. 314], filed on October 15, 2015. Absent certain exceptions that do not appear to be met here, "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization[.]" Fed. R. App. P. 24(a)(3). In this case, Plaintiff was granted leave to proceed *in forma pauperis* in the district court on August 6, 2009. [Doc. 3]. Accordingly, the Motion will be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 [Doc. 314] is **GRANTED.**

    **IT IS SO ORDERED**.

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**